## Richard J. Ton, Appellee, v. Steven Nemeth, Appellant.

### Gen. No. 23,895.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MARCUS KAVANAGH, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918.

### Statement of the Case.

Forcible detainer by Richard J. Ton, plaintiff, against Steven Nemeth, defendant, before a justice of the peace to recover possession of a tract of land. Summons was issued, trial and judgment rendered for the plaintiff. Defendant sought no appeal from that judgment before the justice and did not apply to the justice to fix the amount of an appeal bond, but presented to the clerk of the Superior Court his appeal bond, where it was filed. Subsequently there was filed with the clerk of the Superior Court the transcript of the justice of the peace, accompanied by the complaint filed and the summons. The certificate accompanying the transcript stated that it was a true and correct transcript of the judgment and that it

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

and the papers accompanying it, two in number, contained a full and perfect statement of all the proceedings before the justice in the cause. Neither the transcript nor any of the papers accompanying it referred to any prayer for an appeal, nor to an application to fix or the fixing of the amount of the appeal bond by the justice of the peace. Subsequently plaintiff filed in the office of the clerk of the Superior Court a limited appearance for the purpose of making a motion to dismiss the appeal of the defendant. After several continuances the motion to dismiss was allowed. From the order dismissing the appeal, defendant appeals.

LOWELL B. MASON, for appellant.

FREDERIC R. DEYOUNG and GUSTAVE NELSON, for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. JUSTICES OF THE PEACE, § 190*—*when amount of bond must be fixed*. An appeal from a judgment of a justice of the peace in forcible detainer cannot be perfected by filing the bond in the office of the clerk of the court to which the appeal is sought to be taken, without first having the amount of the bond fixed by the justice before whom the case was tried.

2. JUDGMENT, § 372*—*how may not be contradicted*. The transcript of a judgment imports verity and cannot be contradicted by affidavits.

3. JUSTICES OF THE PEACE, § 223*—*when appeal should be dismissed*. Where, on an appeal to the Superior Court from the judgment of a justice of the peace in forcible detainer, the bond is filed in the Superior Court without its amount having been fixed by the justice of the peace, the appeal should not be heard on its merits but should be dismissed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.